**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Virgilio Antonio RODRIQUEZ POMARE, Defendant–Appellant.**

**No. 05–16939**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 12, 2007.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

---

PER CURIAM:

Scott Kalisch, counsel for Virgilio Antonio Rodriguez Pomare ("Rodriguez") in this direct appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez's convictions and sentence are **AFFIRMED.**